Hand-Delivered

FILED
CHARLOTTE, NC

JUN 0 5 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
Case No. 3:25-CV-377-MOC

**LEE S. JOHNSON,** *pro se*

**PLAINTIFF,**

**JURY TRAIL DEMANDED**
**EMOTIONAL & MENTAL STRESS**
**PUNITIVE DAMAGES**
**VIOLATION OF FCRA**

**EQUIFAX INFORMATION SERVICES, LLC.,**

**DEFENDANT,**

## PRELIMINARY STATEMENT

**COMES NOW** the Plaintiff, Lee S. Johnson, *Pro se* against Defendant as stated as follows:

This action arises out of Defendant, Equifax Information Services, LLC,[ hereinafter Equifax]. has repeated violations of the Fair Credit Reporting Act 15 U.S.C.§1681 *et seq.* [hereinafter "FCRA"] and out of state law violations which all related to Plaintiffs credit report. Defendant Equifax has failed to verify the accuracy of accounts which are listed on Plaintiffs credit report. First Point Collections Resources, account ending in 0221, American Express account ending in 3233, Apple Card account ending in 0723, Sharon view account ending in 0002, Mission Lane Account ending in 7553, Car Max account ending in 1912, Capital One account that begins with 517805XXXXXX.

## JURSIDICTION AND VENUE

1

1. Jurisdiction is proper in this Court pursuant to 15 U.S.C.§ 1681p and 28 U.S.C.§ 1331. Venue is proper in this Court pursuant to 28 U.S.C.§ 139 (b).

## PARTIES

2. Plaintiff Lee S. Johnson is a citizen of Mecklenburg County, Charlotte, North Carolina in this action a "consumer" defined by 15 U.S.C.§ 1681a(c).

3. Equifax Information Services LLC is a corporation with a principal place of business is located at 1550 Peachtree Street NW, Atlanta, G.A. 30309.

4. Defendants conduct business throughout the state of North Carolina.

## FACTUAL ALLEGATIONS

5. The Plaintiff has filed four lawsuits against defendant Equifax which has violated FCRA. This will be the fifth lawsuit against Equifax.

6. Plaintiff disputing the First Point account ending in 0221 that the account was inaccurate.

7. Plaintiff disputing the American Express account ending in 3233 which belongs to a business.

8. Plaintiff disputed Sharon View account ending in 0002 which is not the correct name.

9. Plaintiff disputed Apple credit card ending in 0723 which is not his account.

10. Plaintiff disputed CarMax account ending in 1912 which belongs to a business.

11. Plaintiff disputed Capital One account that begins with 517805XXXXX that the account was not open by Plaintiff.

12. Equifax verified the accounts as being reported accurately.

2

## VIOLATION OF FAIR CREDIT REPORTING ACT

13. Plaintiff incorporates the paragraphs as set forth in.

14. Equifax has failed to verify the accuracy and investigate to determine the accounts Plaintiff disputed were accurate.

15. Equifax has violated the FCRA and has continued to violate the FCRA.

## SUMMARY

16. All actions that were taken by Defendant Equifax were malice, willfully reckless and oppressive. Defendants' actions to continue violating the FCRA by not investigating the accuracy of accounts. Plaintiff asking the court for punitive damages due to Defendants' malicious and reckless conduct which caused Plaintiff significant harm. The Plaintiff is asking the court for emotional distress for Defendants' reckless behavior continuously violating FCRA. The Defendant's acts are outrageous, recklessly causing the Plaintiff emotional distress. Defendants' action is intentionally and reckless and Plaintiff has suffered by Defendants actions. Defendants' actions have caused severe depression, unable to work from stress.

## JURY TRAIL DEMANDED

29. Plaintiff asked the court for a trial by jury on all issues so triable.

**WHEREFORE,** Plaintiff asks the following relief from the Court. Compensation damages of the amount of ($2,000,000) two million dollars in punitive damages ($2,000,000) two million dollars in emotional and mental stress damages, willfulness, wanton and/or disregard legal rights and any other compensation to be determined at trial.

May 13, 2025

Lee S. Johnson  
1638 Marble Hill Dr.  
Charlotte, NC 28262  
Leejohnson480@yahoo.com  
704-277-5014

4